CLOSED

Jeremy E. Shulman (#257582)
 jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SILVINO GUERRERO and EVA GUERRERO,<br><br>               Plaintiffs,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 – 20, inclusive<br><br>               Defendants. | Case No. 2:10-CV-05095-VBF-AJWx<br><br>[The Honorable Valerie Baker Fairbank, Ctrm. 9]<br><br>**[PROPOSED] JUDGMENT DISMISSING WELLS FARGO BANK, N.A. WITH PREJUDICE PURSUANT TO FRCP 12(b)(6)** |

   On September 14, 2010, this Court granted, with prejudice, the Motion to Dismiss the Complaint filed by Wells Fargo Bank, N.A., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

   In accordance with that order:

   1.   Plaintiffs Silvino Guerrero and Eva Guerrero shall take nothing from Defendant Wells Fargo Bank.

   2.   This Action is dismissed as against Defendant Wells Fargo Bank with

1  prejudice.
2      3.      Defendant Wells Fargo Bank shall be entitled to recover its costs of
3  suit.

Dated: 9-29-10

*Valerie Baker Fairbank*
The Honorable Valerie Baker Fairbank,
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28